**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 9 2013

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL INFORMATION** |
| v. | |
| DIMITRY BELOROSSOV, a/k/a Rainerfox, | NO. 1:14-CR-210 |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE
### (Conspiracy to Commit Computer Fraud - Causing Damage to Computer or Program)

Beginning on an unknown date, but at least by about June 2012, through about July 2013, in the Northern District of Georgia and elsewhere, Defendant Dimitry Belorossov, a/k/a Rainerfox, together with others known and unknown, did knowingly conspire to knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally cause damage and attempt to cause damage without authorization to a protected computer, and the offense caused and would, if completed, have caused loss to one or more persons during a one-year period of at least $5,000, and damage affecting ten or more protected computers during a one-year period, in violation of 18 U.S.C. §§ 1030(a)(5)(A), 1030(b), and 1030(c)(4)(B).

## FORFEITURE

Upon conviction of the offense alleged in this Criminal Information, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), U.S.C. § 982(a)(2)(B), and 28 U.S.C. § 2461, any and all property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including, but not limited to, a sum of money equal to the amount of proceeds the Defendant obtained as a result of the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been comingled with other property that cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property described above.

SALLY QUILLIAN YATES
*United States Attorney*

*/s/ Steven D. Grimberg*
Steven D. Grimberg
*Assistant United States Attorney*
Ga. Bar No. 312144

*/s/ Ryan Scott Ferber* (Steven Grimberg for:)
Ryan Scott Ferber
*Assistant United States Attorney*
Ga. Bar No. 142082

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
Tele.: 404-581-6000
Fax.: 404-581-6181