```
 1                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2                        ATLANTA DIVISION

 3    UNITED STATES OF AMERICA        )
                                      )
 4                 Plaintiff,         )    CRIMINAL ACTION FILE
                                      )    NO. 1:14-CR-210-TWT
 5    v.                              )
                                      )    ATLANTA, GEORGIA
 6    DIMITRY BELOROSSOV              )
                                      )
 7                 Defendant.         )
      _____)

 8

 9

10                  TRANSCRIPT OF PROCEEDINGS
11        BEFORE THE HONORABLE THOMAS W. THRASH, JR.,
                 UNITED STATES DISTRICT JUDGE
12
                          SENTENCING
13            Tuesday, September 29, 2015

14

15

16

17    APPEARANCES OF COUNSEL:

18    For the Plaintiff:         OFFICE OF THE U.S. ATTORNEY
                                 (By:  Steven D. Grimberg)
19
      For the Defendant:         THE FRANCO LAW FIRM P.C.
20                               (By:  Leonard Louis Franco)

21

22          Proceedings recorded by mechanical stenography
23           and computer-aided transcript produced by
                  NICHOLAS A. MARRONE, RMR, CRR
24                    1714 U. S. Courthouse
                     75 Spring Street, S.W.
25                    Atlanta, GA  30303
                        (404) 215-1486
```

1                              I N D E X

2                                                    *Page*

3          *Guideline Findings by the Court*        *6*

4          *Sentencing Argument by Counsel*         *15*

5          *Allocution by the Defendant*            *25*

6          *Announcement of Sentence by the Court*  *26*

7          *Advisement of Appeal Rights*            *30*

8

9

          **THE TRANSCRIPT IS SEALED FROM PAGE 9, LINE 21, TO**
10         **CONCLUSION.**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    Tuesday Morning Session

2                    September 29, 2015

3                         10:04 a.m.

4                       -- -- --

5               P R O C E E D I N G S

6                       -- -- --

7          (The oath is given to Interpreter Kighesta Maliro

8    by the Courtroom Deputy Clerk.)

9          THE CLERK:  Please state your name for the record.

10         THE INTERPRETER:  Kighesta Maliro.

11         THE CLERK:  Thank you.

12         THE COURT:  All right.  This is the case of

13   United States of America versus Dimitry Belorossov,

14   Case No. 14-CR-210.

15         First, let me ask counsel for the parties to

16   identify yourselves for the record and the parties you

17   represent.

18         MR. GRIMBERG:  Good morning, Your Honor.

19   Steven Grimberg on behalf of the United States.

20         THE COURT:  Good morning, Mr. Grimberg.

21         MR. FRANCO:  Good morning, Your Honor.

22   Lenny Franco on behalf of Dimitry Belorossov.

23         THE COURT:  Good morning, Mr. Franco.

24         MR. FRANCO:  Good morning, Your Honor.

25         THE COURT:  Before we proceed any further,
```

1   Mr. Franco, does your client need an interpreter or does he

2   have sufficient command of the English language to proceed

3   without an interpreter?

4            MR. FRANCO:  My understanding, Your Honor, is that

5   he speaks pretty well.  Now, it's not my understanding, just

6   my experience.  But we would like to keep the interpreter

7   present if we need him.

8            Is that correct?

9            THE DEFENDANT *(Speaking in English)*:  Yes, that's

10  correct.  If we can keep an interpreter to be sure

11  I understand everything, I would be comfortable with that.*

12           MR. FRANCO:  Yeah, we would prefer just to do the

13  sentencing in English, Your Honor, but to keep the

14  interpreter here in case he gets confused.

15           THE COURT:  That's fine with me.

16           MR. FRANCO:  Thank you.

17           THE COURT:  So we will proceed in English.

18           MR. FRANCO:  Yes, Your Honor.  Thank you.

19           THE COURT:  Is that what you want to do,

20  Mr. Belorossov?

21           THE DEFENDANT:  Yes, Your Honor.

22           THE COURT:  All right.  This is a sentencing

23  hearing pursuant to the defendant's plea of guilty to the

24  _____

25  * *The defendant speaks in English throughout this transcript.*

1    information charging the defendant with computer fraud.

2         Mr. Franco, have you and your client had an

3    opportunity to review the presentence report?

4         MR. FRANCO:  Yes, Your Honor.

5         THE COURT:  I have carefully reviewed the

6    presentence report, and I will adopt the facts in the

7    presentence report to which no objection has been made as the

8    findings of the Court.

9         I don't believe there were any objections,

10   Mr. Franco.

11        MR. FRANCO:  There were none filed, Your Honor.

12   And this isn't a -- this is not a guideline objection, but

13   the guidelines that are coming into effect in November -- or

14   proposed guidelines at this time, there is a more favorable

15   provision with regard to the number of victims.

16        And I would like the Court to consider argument

17   as a reason to depart.  Obviously it's not a guideline

18   objection because it's not the guidelines right now, and it

19   certainly wasn't the guidelines at the time the offense was

20   committed.

21        THE COURT:  All right.  We will do that later.

22        MR. FRANCO:  Okay.  Yes, Your Honor.

23        THE COURT:  All right.  Then my guideline

24   calculations are as follows using the 2013 edition of the

25   guidelines manual.

1    With respect to Count One charging the defendant

2 with computer fraud, as set forth in Paragraph 23, the base

3 offense level is six.

4    As set forth in Paragraph 24, the offense level is

5 increased by twelve because the loss amount was more than two

6 hundred thousand dollars.

7    As set forth in Paragraph 25, the offense level is

8 increased by six because the offense involved 250 or more

9 victims.

10    As set forth in Paragraph 26, two levels are added

11 because the defendant received stolen property as a result of

12 the offense.

13    As set forth in Paragraph 27, two levels are added

14 because a substantial part of the fraudulent scheme was

15 committed outside of the United States.

16    As set forth in Paragraph 28, two levels are

17 added because the offense involved a conviction under

18 Title 18 U.S. Code Section 1030, or the offense involved

19 an unauthorized public dissemination of personal

20 information.

21    As set forth in Paragraph 29, four levels are added

22 because the defendant was convicted of an offense under

23 18 U.S. Code Section 1030 (a) (5) (A).

24    As set forth in Paragraphs 30, 31 and 32, there are

25 no victim-related adjustments, no adjustment for role in the

offense, no adjustment for obstruction of justice.

Therefore, the adjusted offense level is 34.

As set forth in Paragraph 35, the defendant receives a three-level downward adjustment for acceptance of responsibility.  Therefore, the total offense level is 31.

As set forth in Paragraphs 38 through 40, the defendant has no prior criminal convictions.  His criminal history point total is zero, which puts him in a criminal history category of one.

As set forth in Paragraphs 58 through 60, the defendant has no assets.  He has no source of income.  He's been incarcerated since his arrest in August of 2013.  He does not appear to be able to pay a fine within the guideline range.  Therefore, the Court can waive the fine or impose a fine below the guideline range.

Mr. Belorossov, have you understood everything that I have said so far in English?

THE DEFENDANT:  Yes, Your Honor, I understood.

THE COURT:  Thank you.

Mr. Grimberg, any objections to the guideline calculations?

MR. GRIMBERG:  No objection, Your Honor.  Just one clarification.

The defendant was arrested by Spanish national police in August of 2013, but he was not extradited to the

1  United States until May 9th of 2014.

2          THE COURT:  All right.  Mr. Franco, any objections

3  to the guideline calculations?

4          MR. FRANCO:  No, Your Honor.

5          THE COURT:  All right.  Mr. Grimberg, you filed a

6  motion under 5K.

7          MR. GRIMBERG:  I did, Your Honor, it was filed

8  under seal.  I'm happy to address any questions Your Honor

9  has in chambers, but our preference would be not to make that

10  part of the public record.

11          THE COURT:  Well, I gave the motion back to the

12  clerk's office so I didn't keep it.  Have you got a copy of

13  it?

14          MR. GRIMBERG:  I do.  It is not a file-stamped

15  copy, but it is a copy.

16          THE COURT:  Well, I think I jumped the gun here as

17  I haven't actually stated the guideline calculations.

18          MR. GRIMBERG:  Right.

19          THE COURT:  So let me back up.

20          MR. GRIMBERG:  Sure.

21          THE COURT:  Accordingly, the sentencing options are

22  as follows.

23          The statutory penalties is a sentence of

24  imprisonment up to ten years and a fine of up to

25  $250,000.  There is no mandatory minimum prison sentence.

1          With a total offense level of 31 and a criminal

2     history category of one, the custody guideline range is 108

3     to 135 months.  The fine guideline range is $15,000 to

4     $150,000.

5          There is restitution owed in the amount of

6     $322,409.09.  There is a special assessment of $100.  There

7     is a forfeiture provision.

8          The Court could impose cost of confinement of up to

9     $29,291.62, or cost of supervision of up to $3,162.03, or

10    both.

11          There is no probation option.  There is a term of

12    supervised release of one to three years.

13          And the defendant is a noncitizen who was

14    extradited to the United States.

15          Mr. Grimberg, any objections to the guideline

16    calculations?

17          MR. GRIMBERG:  No objections.

18          THE COURT:  Mr. Franco, any objections to the

19    guideline calculations?

20          MR. FRANCO:  No objections.

21          *(SEALED FROM THIS POINT TO CONCLUSION.)*

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12                              -- -- --

13                          S E A L E D

14                              -- -- --

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12                              -- -- --

13                          S E A L E D

14                              -- -- --

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12                           -- -- --

13                        S E A L E D

14                           -- -- --

15

16

17

18

19

20

21

22

23

24

25



-- -- --

S E A L E D

-- -- --



-- -- --

S E A L E D

-- -- --



1

2

3

4

5

6

7

8

9

10

11

12                           -- -- --

13                        S E A L E D

14                           -- -- --

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12                              -- -- --

13                           S E A L E D

14                              -- -- --

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12                              -- -- --

13                        S E A L E D

14                              -- -- --

15

16

17

18

19

20

21

22

23

24

25



-- -- --

S E A L E D

-- -- --



1

2

3

4

5

6

7

8

9

10

11

12                          -- -- --

13                      S E A L E D

14                          -- -- --

15

16

17

18

19

20

21

22

23

24

25



-- -- --

S E A L E D

-- -- --



-- -- --

S E A L E D

-- -- --



-- -- --

S E A L E D

-- -- --

1

2

3

4

5

6

7

8

9

10

11

12                              -- -- --

13                         S E A L E D

14                              -- -- --

15

16

17

18

19

20

21

22

23

24

25



-- -- --

S E A L E D

-- -- --

1

2

3

4

5

6

7

8

9

10

11

12                          -- -- --

13                      S E A L E D

14                          -- -- --

15

16

17

18

19

20

21

22

23

24

25



-- -- --

S E A L E D

-- -- --



-- -- --

S  E  A  L  E  D

-- -- --

1

2

3

4

5

6

7

8

9

10

11

12                        -- -- --

13                    S E A L E D

14                        -- -- --

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12                          -- -- --

13                      S E A L E D

14                          -- -- --

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12                         -- -- --

13                    S E A L E D

14                         -- -- --

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12                              -- -- --

13                          S E A L E D

14                              -- -- --

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    (Proceedings adjourn at 10:54 a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3   UNITED STATES OF AMERICA      :
                                   :
 4   NORTHERN DISTRICT OF GEORGIA  :

 5

 6            I, Nicholas A. Marrone, RMR, CRR, Official Court

     Reporter of the United States District Court for the Northern
 7
     District of Georgia, do hereby certify that the foregoing 32
 8
     pages constitute a true transcript of redacted sealed
 9
     proceedings had before the said Court, held in the city of
10
     Atlanta, Georgia, in the matter therein stated.
11
              In testimony whereof, I hereunto set my hand on
12
     this, the 9th day of March, 2017.
13

14

15

16
                         /s/ Nicholas A. Marrone
17                       _____
                         NICHOLAS A. MARRONE, RMR, CRR
18                       Registered Merit Reporter
                         Certified Realtime Reporter
19                       Official Court Reporter
                         Northern District of Georgia
20

21

22

23

24

25
```